IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL GLENN CAPLE**                                                               **PETITIONER**
Reg. #27810-009

V.                                    No. 4:22-CV-00601-LPR

**DOE, U.S.P. Florence Warden**                                                       **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed and the time for doing so has expired. After a careful and *de novo* review of the Recommendation and the record, the Court approves and adopts the Recommended Disposition in its entirety.

Accordingly, this case will be DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE