IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL GLENN CAPLE**                                                              **PETITIONER**
Reg. #27810-009

V.                                    No. 4:22-CV-00601-LPR

**DOE, U.S.P. Florence Warden**                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for lack of jurisdiction.

IT IS SO ADJUDGED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE